UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON TRUST, NATIONAL
ASSOCIATION,

                    Plaintiff,

            -v-

DAVID CHARLES HARRISON, *et ano.*,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2025__

**ORDER**

24-CV-7373 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

As discussed in today's call, Defendants are directed to make a new offer by July 15, 2025. Plaintiff is directed to respond by July 22, 2025. On July 25, 2025, the parties are directed to submit position letters to each other and the Court via email.

The Court will hold another call to discuss the next steps towards settlement on July 30, 2025, at 10:00 a.m. The parties should dial in to 646-453-4442 and use the conference ID 865 551 978#.

**SO ORDERED.**

Dated: July 8, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1